# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

136282

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 136282
COA: 273234
Muskegon CC: 06-052984-FC

EDDIE RYAN LEWIS, a/k/a EDWARD LEWIS,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 28, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616